IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ARNAZ BARRINGTON,

      Appellant,

v.

STATE ATTORNEY,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4234

Opinion filed January 4, 2017.

An appeal from an order of the Circuit Court for Jefferson County.
Dawn Caloca-Johnson, Judge.

Arnaz Barrington, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.